THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiff
CRAIG YATES, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SWENSEN'S OF SAN FRANCISCO, INC., a California Corporation dba SWENSEN'S; MARTY E. CHUNG; BETTY S. CHUNG; ROBERT K. ONG; and CLAIRE A. ONG,<br><br>Defendants. | CASE NO. CV-09-3738-EDL<br><br>STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON |

    The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1), each party is to bear his, her or its own costs and attorneys' fees.

///
///
///
///
///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON
YATES v. SWENSEN'S

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1). Each party to bear his, her or its own fee's and costs

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: June 8, 2010

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____/S/ Thomas E. Frankovich_____

Thomas E. Frankovich
Attorneys for Plaintiffs CRAIG YATES, an individual

DATED: June 8, 2010

Howard Rice Nemerovski Canady
Falk & Rabkin, A Professional Corporation
Dirk McKenzie Schenkkan

By: _____

Dirk McKenzie Schenkkan

Attorneys for Defendant SWENSEN'S OF SAN FRANCISCO, INC., a California Corporation dba SWENSEN'S

///
///
///
///
///
///
///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON
YATES v. SWENSEN'S                                                                                   -2-

///

DATED: June 9, 2010

Corporate Counsel Law Group, LLP
Howard N. Chung

By: /s/ Howard N. Chung
Howard N. Chung

Attorneys for Defendant's MARTY E. CHUNG; BETTY S. CHUNG; ROBERT K. ONG; and CLAIRE A. ONG

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1), each party to bear his, her or its own fees and costs.

DATED: June 14, 2010, 2010

/s/ Elizabeth D. Laporte
Honorable Elizabeth D. Laporte
United States District Magistrate Judge